IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

  Plaintiff,

v.           CRIMINAL ACTION NO. 1:06CR89-3

CRAIG SINGLETON,

  Defendant.

## **ORDER/OPINION**

On April 10, 2007, the Honorable Irene M. Keeley, after having sentenced Defendant, entered Judgment in a Criminal Case, continuing Defendant Craig Singleton on conditions of release until he was to self report to the Bureau of Prisons on or before "12 noon on May 24, 2007" commence serving his sentence [Docket Entry 72].

On May 8, 2007, pre-trial services officer Stacey M. Claxton filed a "Petition for Action on Conditions of Pretrial Release," alleging Defendant violated Condition 7(p) of the Order Setting Conditions of Release. By Order dated that same date, Chief United States District Judge Keeley directed Defendant be arrested and brought before the Court to answer the allegations made against him in the Petition [Docket Entries 78 and 79].

Defendant was arrested pursuant to the District Court's Order on May 8, 2007, and Defendant had an Initial Appearance before the Court on that date. A full hearing was scheduled on the Petition for Action on Conditions of Pretrial Release before the undersigned for May 11, 2007.

Prior to the scheduled preliminary hearing Defendant, in writing, waived the hearing regarding the alleged violation. Specifically, Defendant and Defendant's attorney executed a Waiver of Preliminary Hearing on May 10, 2007, which was made part of the record [Docket Entry 84].

It is therefore **ORDERED** that Defendant Craig Singleton be **REMANDED** to the custody of the United States Marshal pending further proceedings in this case and that he be bound over for a full hearing before the Honorable Irene M. Keeley, Chief United States District Judge for the Northern District of West Virginia, on the violations alleged in Violation Condition 7(p) of the Petition for Action on Conditions of Pretrial Release, filed on May 8, 2007; and

The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED: May *10*, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE